# Court of Appeals
# of the State of Georgia

ATLANTA, November 10, 2016

*The Court of Appeals hereby passes the following order*

**A17I0068. HUBERT PROPERTIES, LLLP et al. v. DEPARTMENT OF TRANSPORTATION.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14105486



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, November 10, 2016.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.